AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reade, Linda R. | District Court ND Iowa | 08/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐    Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
111 7th Ave SE
Cedar Rapids, IA 52401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Federal Judges Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 08/01/93 | State of Iowa and filer-Iowa Judicial Retirement Plan. The state is paying me retirement income as of February 2013. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | State of Iowa judicial retirement annuity | $31,958.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 5-6,2018 | Washington DC | Board Meeting | transportation, lodging and food |
| 2. | US Dept of Justice | May 14-17, 2018 | Colombia SC | teaching trial advocacy | transportation, lodging and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  US Bank Accounts | A | Interest | M | T | | | | | |
| 2.  CSCO Stock | A | Dividend | J | T | | | | | |
| 3.  Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 4.  Deferred Comp Plan | | | | | | | | | |
| 5.  -Stock Index Fund-Valic | A | Dividend | J | T | | | | | |
| 6.  -Science & Technology Fund-Valic | A | Dividend | J | T | | | | | |
| 7.  -Putnam New Opportunity Fund-Valic | A | Dividend | J | T | | | | | |
| 8.  -Putnam Global Gr Fund-Valic | A | Dividend | J | T | | | | | |
| 9.  -American Cent Ultra Fund-Valic | A | Dividend | J | T | | | | | |
| 10.  Retirement Account (H) | | | | | | | | | |
| 11.  -Schwab money market | A | Interest | K | T | | | | | |
| 12.  -AT&T | D | Dividend | L | T | | | | | |
| 13.  -Altria Group, Inc (MO) | C | Dividend | K | T | | | | | |
| 14.  -American Airlines (AAL) | A | Dividend | K | T | | | | | |
| 15.  -American Int'l Grp (AIG) | B | Dividend | K | T | | | | | |
| 16.  -Annaly Capital Mgmt Reit (NLY) | E | Dividend | M | T | | | | | |
| 17.  -Apple (APPL) | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reade, Linda R. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Alamos Gold (AGI) | A | Dividend | J | T | | | | | |
| 19. -Axon Enter (AAXN) formerly Taser | | None | | | Sold | 03/05/18 | J | A | |
| 20. -Applied Materials (AMAT) | A | Dividend | K | T | | | | | |
| 21. -Barrick Gold Corp (ABX) | A | Dividend | J | T | | | | | |
| 22. -Blackrock Health Sciences Fund (SHSAX) | D | Distribution | M | T | | | | | |
| 23. -Boeing (BA) | B | Dividend | M | T | | | | | |
| 24. -Brightview Holdings (BV) | | None | | | Buy | 08/20/18 | J | | |
| 25. | | | | | Sold | 09/14/18 | J | A | |
| 26. -British Petro (BP) | B | Dividend | K | T | | | | | |
| 27. -Carlyle Grp (CG) | C | Dividend | L | T | | | | | |
| 28. -Caterpillar (CAT) | A | Dividend | J | T | Buy | 09/24/18 | K | | |
| 29. -Cytokinetics Inc (CYTK) | | None | K | T | | | | | |
| 30. -DDR Corp | A | Dividend | | | Sold | 04/25/18 | J | | |
| 31. -Delta Airlines (DAL) | A | Dividend | | | Sold | 11/26/18 | K | B | |
| 32. -Doubleline Inc (DSL) | D | Dividend | L | T | | | | | |
| 33. --Enbridge Energy (EEP) | B | Dividend | | | Merged (with line 34) | 12/20/18 | J | | |
| 34. -Enbridge Inc. (ENB) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Ford (F) | A | Dividend | | | Sold (part) | 01/23/18 | J | | |
| 36. | | | | | Sold | 12/19/18 | J | | |
| 37. -First Data Corp (FDC) | | None | K | T | | | | | |
| 38. -General Electric Co (GE) | B | Dividend | K | T | | | | | |
| 39. -Goldcorp Inc. F (GG) | A | Dividend | J | T | | | | | |
| 40. -Glaxosmith (GSK) | B | Dividend | | | Buy | 01/03/18 | K | | |
| 41. | | | | | Sold | 11/26/18 | K | D | |
| 42. -High-Crush Partners LP(HCLP) | D | Dividend | J | T | Buy | 01/22/18 | K | | |
| 43. -Hovnanian (HOV) | | None | J | T | | | | | |
| 44. -Icahn Ent (IEP) | C | Dividend | K | T | | | | | |
| 45. -Lam Research (LRCX) | B | Dividend | K | T | Buy | 01/24/18 | L | | |
| 46. -Lumentum Holdings (LITE) | | None | K | T | | | | | |
| 47. -JP Morgan Chase (JPM) | C | Dividend | M | T | | | | | |
| 48. -Microsoft (MSFT) | B | Dividend | M | T | | | | | |
| 49. -Morgan Stanley (MS) | A | Dividend | K | T | Buy (add'l) | 12/04/18 | K | | |
| 50. -Novartis (NVS) | | None | | | Sold | 01/24/18 | L | E | |
| 51. -Orion(OEC) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ovascience (OVAS) | | None | | | Merged (with line 53) | 12/10/18 | J | | |
| 53. -Millendo Therapeutics (MLND) | | None | J | T | | | | | |
| 54. -Performance Food Group (PFGC) | | None | K | T | | | | | |
| 55. -Pepsico (PEP) | B | Dividend | | | Sold | 11/26/18 | K | D | |
| 56. -Pfizer (PFE) | B | Dividend | L | T | | | | | |
| 57. -Pimco (PTY) | D | Dividend | M | T | | | | | |
| 58. -Principal Financial (PFG) | D | Dividend | M | T | Sold (part) | 08/21/18 | L | E | |
| 59. -Royal Dutch Shell (RDSA) | C | Dividend | K | T | | | | | |
| 60. -Safe Bulkers (SB) | | None | J | T | | | | | |
| 61. -Schlumberger (SLB) | A | Dividend | K | T | | | | | |
| 62. -Tsakos Energy (TNP) | A | Dividend | J | T | | | | | |
| 63. -VISA | A | Dividend | M | T | | | | | |
| 64. -Vodafone (VOD) | B | Dividend | K | T | | | | | |
| 65. -Xerox (XRX) | B | Dividend | K | T | | | | | |
| 66. -Yamana Gold Incoo (AVY) | A | Dividend | J | T | | | | | |
| 67. McVean Trading and Investment | A | Distribution | J | T | | | | | |
| 68. Farm 1 Dallas Co., IA | D | Distribution | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Farm 3 Dallas Co. IA | C | Distribution | L | W | | | | | |
| 70. Farm 5 Adair Co, IA | E | Rent | N | W | | | | | |
| 71. Farm 7 Adair Co, IA | C | Distribution | L | W | | | | | |
| 72. Farm 10 Adair Co, IA | E | Rent | N | W | | | | | |
| 73. Farm 14 Adams Co, IA | E | Rent | M | W | | | | | |
| 74. Farm 15 Adams Co, IA | D | Rent | L | W | | | | | |
| 75. Farm 20 Decatur County, IA | B | Distribution | J | W | | | | | |
| 76. Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 77. Mineral Interest,Dallas County, IA (Y) | A | Royalty | | | | | | | |
| 78. Scout Energy | A | Royalty | J | W | | | | | |
| 79. Continental Resources (X) | B | Royalty | J | W | | | | | |
| 80. Denbury(X) | A | Royalty | J | W | | | | | |
| 81. US Savings Bond(y) | | None | | | Redeemed | 03/08/18 | J | A | |
| 82. Brokerage 1 | | | | | | | | | |
| 83. -Schwab money market account | A | Interest | L | T | | | | | |
| 84. -American Airlines Grp (AAL) | A | Dividend | L | T | | | | | |
| 85. -At & T (T) | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Agenius(AGEN) | | None | K | T | Buy (add'l) | 08/20/18 | J | | |
| 87. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 88. -Air Canada (ACDVF) | | None | L | T | | | | | |
| 89. -Apache Corp (APA) | A | Dividend | J | T | | | | | |
| 90. -Applied Materials (AMAT) | A | Dividend | K | T | Buy (add'l) | 05/25/18 | K | | |
| 91. -Blackstone (BX) | C | Dividend | L | T | Buy (add'l) | 03/23/18 | K | | |
| 92. -Boeing (BA) | B | Dividend | L | T | | | | | |
| 93. -Caterpillar Inc (CAT) | A | Dividend | L | T | Buy (add'l) | 09/24/18 | K | | |
| 94. -Carlyle Grp (CG) | C | Distribution | L | T | Sold (part) | 01/02/18 | J | C | |
| 95. | | | | | Sold (part) | 01/08/18 | J | C | |
| 96. --Cytokinetics (CYTK) | | None | K | T | | | | | |
| 97. -Delta (DAL) | B | Dividend | L | T | Buy (add'l) | 06/05/18 | K | | |
| 98. -Flextronics Int (FLEX) | | None | | | Sold | 12/19/18 | K | | |
| 99. -Ford Motor (F) | A | Dividend | | | Sold | 08/30/18 | J | | |
| 100. -General Motors (GM) | B | Dividend | | | Sold (part) | 05/31/18 | K | C | |
| 101. | | | | | Sold | 11/26/18 | K | B | |
| 102. -Incyte (INCY) | | None | K | T | Buy | 01/02/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/20/18 | K | | |
| 104. -Invesco (IVZ) | A | Dividend | K | T | Buy | 05/11/18 | K | | |
| 105. Microsoft (MSFT) | A | Dividend | J | T | Buy | 04/02/18 | J | | |
| 106. -Orion Eng ((OEC) | A | Dividend | K | T | | | | | |
| 107. -Ovascience Inc (OVAS) | | None | | | Sold | 12/03/18 | J | | |
| 108. -Pimco Opp Fund (PTY) | A | Dividend | | | Sold | 12/03/18 | J | | |
| 109. -Principal Finan (PFG) | A | Dividend | J | T | | | | | |
| 110. -Royal Dutch Shell (RDSA) | C | Dividend | K | T | | | | | |
| 111. Time Warner (TWX) | A | Dividend | | | Buy | 03/26/18 | J | | |
| 112. | | | | | Merged (with line 85) | 06/15/18 | J | | |
| 113. -Total SA (TOT) | C | Dividend | L | T | | | | | |
| 114. -Vanguard (VTSMX) | C | Dividend | M | T | Buy | 06/11/18 | M | | |
| 115. -Veracyte(VCYT) | | None | L | T | | | | | |
| 116. -Verastem (VSTM) | | None | L | T | Sold (part) | 08/30/18 | K | C | |
| 117. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 118. -Viewray (VRAY) | | None | K | T | | | | | |
| 119. -Vodaphone (VOD) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 5-9  The dividend amounts (if there are any) are not detailed in the statement I receive

Line 77 The producer stopped mining in 2017 because gravel ran out;  however in 2018 during reclamation some previously mined gravel was sold.

Line 68 The income is crops

Line 69 The income is crops and crop insurance

Line 71 The income is crops and crop insurance

Line  75  The income is CRP ($1913)

Lines 78-80     This is my husband's income.  In prior reports I listed all income under "Scout Energy...".  I now am able to break out the royalties in more detail by producer

Line 81          This is a savings bond that belonged to my husband.  I knew nothing about it so I did not previously report it.  It was cashed in for face value of $500 plus interest of $100

d

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Linda R. Reade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544